BIGELOW *v.* FARMER.—On appeal.

TO a declaration in slander consisting of four counts, the *Wednesday,*
defendant pleaded in abatement to the whole declaration, *November 21.*
that another action was pending for the same cause of action
contained in two of the counts.  *Held,* that the plea was bad
on general demurrer.  *Herries* v. *Jamieson,* 5 T. R. 553.—1
Chitt. Pl. 493.

---

NORRIS *v.* DETAR.—In error.

THE affidavit of a claimant of goods, taken in execution *Thursday,*
as the property of another, must show whether the claim is *November 22.*
absolute or conditional, and, if it be conditional, whether it is
by deed or by parol.  *Humble* v. *Williams,* 4 Blackf. 473.—
Stat. 1834, p. 195.   (Acc. Rev. Stat. 1838, p. 490).

If the affidavit in such case be defective, the Court below
may permit the claimant to amend on payment of costs.